IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| JACK BARRON<br><br>                    Plaintiff,<br><br>v.<br><br>SCVNGR, INC. d/b/a LEVELUP,<br><br>                    Defendant. | Case No. 4:13-cv-40084-TSH-DHH<br><br>**JURY TRIAL DEMANDED** |

### ANSWER AND COUNTERCLAIM OF SCVNGR, INC. D/B/A LEVELUP

Defendant SCVNGR, Inc. d/b/a LevelUp ("LevelUp") hereby responds to the numbered paragraphs of the Complaint for Patent Infringement, Dkt. No. 1 ("Complaint"), of plaintiff Jack Barron ("Mr. Barron") as follows:

1.   Paragraph 1 of the Complaint is an introductory statement and does not require any response.  To the extent a response is required, LevelUp denies all allegations of paragraph 1.

### THE PARTIES

2.   LevelUp is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 2 of the Complaint.

3.   LevelUp admits that it is a Delaware corporation, registered to do business in Massachusetts, having its principal place of business in Boston, and that Seth Priebatsch is a Registered Agent of LevelUp.  LevelUp denies the remaining allegations of paragraph 3.

### JURISDICTION AND VENUE

4.   Paragraph 4 of the Complaint states legal conclusions to which no response is required.

5.   Paragraph 5 of the Complaint states a legal conclusion to which no response is required.

6.   Paragraph 6 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, LevelUp denies all allegations of paragraph 6.

## CLAIMS

7.   LevelUp admits that a copy of U.S. Patent No. 7,499,873 ("the '873 patent") is attached to Mr. Barron's Complaint as Exhibit A.  LevelUp is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that Mr. Barron is the owner by assignment of the '873 patent and therefore denies such allegation. LevelUp denies all remaining allegations in paragraph 7 of the Complaint.

8.   Paragraph 8 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, LevelUp denies all allegations of paragraph 8.

9.   LevelUp denies all allegations of paragraph 9 of the Complaint, including without limitation the allegation that LevelUp has practiced or infringed, or is practicing or infringing, directly or indirectly, any claim of the '873 patent.  LevelUp denies making, using, selling, or offering to sell technology that employs any invention claimed in the '873 patent.

10. LevelUp denies all allegations of paragraph 10 of the Complaint.

11. LevelUp denies all allegations of paragraph 11 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

Mr. Barron is not entitled to relief against LevelUp because LevelUp is not practicing or infringing, and has not practiced or infringed, either directly or indirectly, any valid claim of the '873 patent.

## SECOND AFFIRMATIVE DEFENSE

The claims of the '873 patent are invalid for failure to satisfy one or more of the conditions for patentability specified in Title 35 of the United States Code, including without limitation §§ 101, 102, 103, or 112.

## THIRD AFFIRMATIVE DEFENSE

On information and belief, some or all of plaintiff Mr. Barron's claims for relief are barred by the doctrines or estoppel or laches.

## FOURTH AFFIRMATIVE DEFENSE

On information and belief, some or all of plaintiff Mr. Barron's claims are barred under the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

On information and belief, plaintiff Mr. Barron's claims for damages are limited by the provisions of 35 U.S.C. § 287.

## COUNTERCLAIMS OF SCVNGR, INC. D/B/A LEVELUP

SCVNGR, Inc. d/b/a LevelUp ("LevelUp"), for its Counterclaims against Jack Barron alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1.   LevelUp, the plaintiff in these Counterclaims, is a Delaware Corporation with a principal place of business in Boston, Suffolk County, Massachusetts.

2.   Jack Barron ("Mr. Barron"), the defendant in these counterclaims, has alleged that he is an individual residing in Southborough, Worcester County, Massachusetts.

3.      As evidenced by Mr. Barron's Complaint, there is an actual dispute and controversy between the parties as to whether the claims of U.S. Patent No. 7,499,873 ("the '873 patent") are valid and/or infringed.

4.   This Court has jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331, 1338(a), 1376, and 2201.

### COUNT I - DECLARATORY JUDGMENT OF NON-INFRINGEMENT

5.   LevelUp is not practicing or infringing, and has not practiced or infringed, either directly or indirectly, any claim of the '873 patent.

### COUNT II - DECLARATORY JUDGMENT OF INVALIDITY

6.   The claims of the '873 patent are invalid for failure to comply with the conditions and requirements for patentability set forth in one or more of 35 U.S.C. §§ 101, 102, 103 or 112.

### JURY DEMAND

Pursuant to Fed R. Civ. P. 38(b), LevelUp requests a trial by jury as to all issues so triable, including Mr. Barron's claims and LevelUp's counterclaims.

### PRAYER FOR RELIEF

WHEREFORE, LevelUp respectfully requests entry of judgment as follows:

A.   That the Court enter judgment in favor of LevelUp on each of Mr. Barron's claims and each of LevelUp's counterclaims;

B.   That the Court dismiss with prejudice all claims of Mr. Barron's Complaint, order that Mr. Barron take nothing as a result of the Complaint, and deny all of Mr. Barron's prayers for relief;

C.   That the Court enter judgment declaring that LevelUp does not infringe any valid claim of the '873 patent;

D.    That the Court enter judgment declaring that each and every claim of the '873 patent is invalid;

E.    That the Court award LevelUp the costs, disbursements, and fees, including attorney fees, incurred in this action, including pursuant to 35 U.S.C. § 285; and

F.    That the Court grant to LevelUp such other and further relief as may be deemed just and appropriate.

Respectfully submitted,

SCVNGR, INC. D/B/A LEVELUP

*By its attorneys,*

/s/ Philip C. Swain
Philip C. Swain, BBO# 544632
Brian C. Carroll, BBO# 658940
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1000

*Attorneys for SCVNGR, Inc. d/b/a LevelUp*

Dated:  August 2, 2013

### Certificate of Service

I hereby certify that true and accurate copies of the foregoing document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date:  August 2, 2013

/s/ Philip C. Swain
Philip C. Swain